UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BRIAN CARMICHAEL,

        Petitioner,

    - against -                        NOTICE OF APPEAL

PAUL CHAPPIUS, Superintendent,        14 Civ. 10012 (KPF)(AJP)
Elmira Correctional Facility,

        Respondent,
-------------------------------------------------------------------x

    Notice is hereby given that BRIAN CARMICHAEL, petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment, entered on or about September 14, 2018, denying his petition for a writ of habeas corpus, and from each and every part of said judgment.

Dated:    New York, New York
           October 11, 2018

                                      CHRISTINA SWARNS
                                      Attorney for Petitioner Brian Carmichael

                                      By: _/S/_____
                                          JOSEPH M. NURSEY
                                          jnursey@appellatedefender.org

                                      OFFICE OF THE APPELLATE DEFENDER
                                      11 Park Place, Suite 1601
                                      New York, New York 10007
                                      (212) 402-4100

Service List:  Assistant District Attorney Deborah L. Morse
                 Office of the District Attorney, New York County
                 One Hogan Place
                 New York, NY 10013